

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2017

No. 04-17-00716-CV

Samuel R. **BUILTA** aka Sam Builta Individually and dba Technical Services System,
Appellants

v.

## PARAGON, INC.,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393227
Honorable Karen Crouch, Judge Presiding

## O R D E R

In the case underlying this appeal, the trial court signed a final judgment on August 4, 2017. The deadline to file a timely motion for new trial was September 5, 2017. *See* TEX. R. CIV. P. 329b(a). If a timely motion for new trial is not filed, an appellant's notice of appeal must be filed within thirty days after the judgment is signed. TEX. R. APP. P. 26.1. An untimely motion for new trial does not extend the time to file a notice of appeal. *See id.*; *State Office of Risk Mgmt. v. Berdan*, 335 S.W.3d 421, 428 (Tex. App.—Corpus Christi 2011, pet. denied); *see also Stroman v. Martinez*, No. 01-14-00991-CV, 2015 WL 1926015, at *1 (Tex. App.—Houston [1st Dist.] Apr. 28, 2015, no pet.) (mem. op.).

Here, Appellant's motion for new trial was filed on September 6, 2017, one day after the motion was due. It appears that the motion for new trial was not timely filed, and the deadline to file Appellant's notice of appeal was not extended. *See* TEX. R. APP. P. 26.1(a)(1); TEX. R. CIV. P. 329b(a); *Berdan*, 335 S.W.3d at 428.

Appellant's notice of appeal was due to be filed on September 5, 2017, and a motion for extension of time to file a notice of appeal was due on September 20, 2017. *See* TEX. R. APP. P. 26.1, 26.3. Appellant's notice of appeal was filed on October 27, 2017. It appears to be untimely.

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court